```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JUAN ORTEGA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | 22-cv-935 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| TURNKEY MERCHANDISE PROGRAMS, LLC, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by April 22, 2022.

SO ORDERED.

Dated:  New York, New York
        April 9, 2022

_____
John G. Koeltl
United States District Judge