

Joseph H Mizrahi – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
jmizrahi@mizrahikroub.com
www.mizrahikroub.com

April 21, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Time to submit the Rule 26(f) Report extended to 5/16/22. So ordered. /s/ [Koeltl] USDJ 4/22/22]*

Re:   *Ortega v. Turnkey Merchandise Programs, LLC*; Case No. 1:22-cv-00935 (JGK)

Dear Judge Koeltl:

We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to submit a Rule 26(f) Report. *See* Docket No. 8. Plaintiff has not yet had contact with Defendant. We respectfully request an adjournment of 30 days to allow time for Plaintiff to contact Defendant.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Joseph H Mizrahi*
JOSEPH H MIZRAHI

cc:   All Counsel of Record (via ECF)