UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN ORTEGA,

                Plaintiff,

        22-cv-935 (JGK)

    - against -

        ORDER

TURNKEY MERCHANDISE PROGRAMS, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **May 9, 2022** at **2:30 p.m.** is canceled.


SO ORDERED.

Dated:    New York, New York
            May 5, 2022

                                          _____
                                            John G. Koeltl
                                    United States District Judge